DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATRICK QUINTON VIDAL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2866

[November 20, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Michael J. McNicholas, Judge; L.T. Case No. 432024CF006552.

Daniel Eisinger, Public Defender, and Narine N. Austin, Assistant Public Defender, West Palm Beach, for appellant.

Matthew T. Hatfield of Law Offices of Larry S. Davis, P.A., Treasure Coast Forensic Treatment Center, Indiantown for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and SHEPHERD, JJ., concur.

* * *

***Not final until disposition of timely-filed motion for rehearing.***